IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASTER PRINTING INNOVATIONS, LLC<br><br>                Plaintiff,<br>vs.<br><br>AGFA CORPORATION<br><br>                Defendant. | **Case No.:**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Raster Printing Innovations, LLC ("RPI" or "Plaintiff"), by and through its undersigned attorneys, for its complaint against defendant AGFA Corporation ("AGFA") (AGFA is referred to herein as "Defendant"), hereby alleges as follows:

### NATURE OF LAWSUIT

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

### THE PARTIES

2. RPI is a limited liability company organized under the laws of the state of Illinois and having offices at 111 W. Jackson St., Suite 1700, Chicago, Illinois 60604.

3. RPI owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 5,796,411 ("the '411 patent"), entitled "High resolution real time raster image processing system and method," issued August 18, 1998. A copy of the '411 patent is annexed hereto as Exhibit A.

4. RPI owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 5,828,814 ("the '814 patent"), entitled "Reduced cost high resolution real time raster image processing system and method," issued October 27, 1998. A copy of the '814 patent is annexed hereto as Exhibit B.

5. RPI owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 5,949,438 ("the '438 patent"), entitled "High resolution real time Raster image processing system and method," issued September 7, 1999. A copy of the '438 patent is annexed hereto as Exhibit C.

6. Defendant AGFA is a Delaware Corporation with a place of business at 221 Covington Drive, Bloomingdale, Illinois 60108. AGFA transacts business and has, at a minimum, offered to provide and/or provided products and/or services in this judicial district and throughout the State of Illinois that infringe claims of the '411, '814, and '438 patents.

7. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

**DEFENDANT'S ACTS OF PATENT INFRINGEMENT**

8. Defendant has infringed claims of the '411, '814 and '438 patents through, among other activities, making, using, selling and offering for sale various models of AGFA presses and printers in combination with including, but not limited to, Jeti 3020 Titan (FTR), Jeti Mira, Jeti Tauro, Jeti Titan S/HS, Jeti Titan in combination with the Asanti, Apogee, and other third party compatible print servers.

9. The AGFA Jeti Titan HS utilizes the Asanti raster image printer ("RIP") and is also configured to be integrated with third party RIPs.

10. AFGA recommended that the Asanti system server be run on a computer with a single Quad core central processing unit ("CPU").

11. The Asanti system utilizes programing from the Apogee system.

12. The Apogee system is configured to load font information.

13. AGFA advertises that "in Asanti, vectors from the input documents can be assigned to the white ink of the printing press if these vectors are drawn in a spot color."

14. In Apogee Prepress 6.0 (FC1) a display list error in the PDFRender functionality was corrected.

15. The Apogee system includes a screening system that allows users to select the separation angles of cyan, magenta, yellow, and black.

16. The Apogee system includes screening functionality that allows users to select dot shape and frequency.

17. The Apogee system includes screening functionality that allows users to select round and elliptical dot shapes.

18. The AGFA Jeti TitanX is configured to print up to 2,433 square feet per hour.

19. The AGFA Jeti Tauro is configured to print up to 2,960 square feet per hour.

20. Defendant's infringement has injured and will continue to injure RPI unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of products that come within the scope of the '411, '814, and '438 patents.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs ask this Court to enter judgment against the Defendant, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate RPI for the infringement that has occurred, together with prejudgment interest from the date that Defendant's infringement of the RPI patents began;

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to RPI of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the RPI patent; and

E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

RPI demands a trial by jury on all issues presented in this Complaint.

Dated: May 5, 2015          Respectfully submitted,

/s/ Anthony E. Dowell
Anthony E. Dowell
aedowell@dowellip.com
DOWELL IP
333 W. North Ave #341
Chicago, Illinois 60610
Phone: (312) 291-8351

**ATTORNEY FOR PLAINTIFF**